UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| NATIONWIDE MUTUAL FIRE ) <br> INSURANCE COMPANY, ) <br> ) <br>     *Plaintiff,* ) <br> v. ) <br> ) <br> WILLIE L. STANLEY, individually and ) <br> d/b/a STANLEY PAVING, and THE ) <br> ESTATE OF CHARLES N. ) <br> MCDOWELL, through administrator, ) <br> CONNIE V. MCDOWELL, ) <br> ) <br>     *Defendants.* ) | No.1:03-cv-259 <br> *Edgar* |

## **JUDGMENT**

In accordance with the accompanying memorandum opinion, the motion for summary judgment by plaintiff Nationwide Mutual Fire Insurance Company is **GRANTED** as follows:

    (a)    The Court **DECLARES** pursuant to 28 U.S.C. § 2201 that Nationwide Policy No. 63 BA 133-121-0001 issued to defendant Willie L. Stanley provides no coverage for the injuries to and death of Charles N. McDowell;

    (b)    The Court **DECLARES** pursuant to 28 U.S.C. § 2201 that the death of Charles N. McDowell did not arise from an "accident" as defined by Nationwide's policy No. 63 BA 133-121-0001 because it was "expected" or "intended" from the standpoint of the insured, Willie L. Stanley, and is thus excluded by the terms of the policy.

-1-

Defendant Estate of Charles N. McDowell's motion for summary judgment is **DENIED**.

The Clerk of the Court shall close the file in this case. This is a **FINAL JUDGMENT.**

SO ORDERED.

ENTER this *7th day of December, 2005*.

                                           */s/ R. Allan Edgar*
                                                 R. ALLAN EDGAR
                                       UNITED STATES DISTRICT JUDGE

-2-

Case 1:03-cv-00259   Document 58   Filed 12/07/05   Page 2 of 2   PageID #: 57